■ FLORENCE BARI, Appellant, v WAMSKAU REALTY CORP. et al., Respondents, et al., Defendant. — Order, Supreme Court, New York County (Whitman, J.), entered on December 4, 1980, unanimously affirmed, without costs and without disbursements. The appeal from the order of said court entered on March 23, 1981, is dismissed as nonappealable, without costs and without

disbursements. Concur — Sandler, J. P., Sullivan, Ross, Lupiano and Silverman, JJ.